No. 86–303.   HODEL, SECRETARY OF THE INTERIOR, ET AL. *v.* TRIBAL VILLAGE OF AKUTAN ET AL.; and

No. 86–304.   AMOCO PRODUCTION CO. ET AL. *v.* TRIBAL VILLAGE OF AKUTAN ET AL.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Amoco Production Co.* v. *Gambell, ante,* p. 531.

No. 86–6059.   PATTERSON *v.* AIKEN, WARDEN, ET AL.   Ct. Common Pleas of York County, S. C.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Truesdale* v. *Aiken, ante,* p. 527.

No. 86–6071.   KOON *v.* AIKEN, WARDEN.   Ct. Common Pleas of Aiken County, S. C.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Truesdale* v. *Aiken, ante,* p. 527.

No. D–586.   IN RE DISBARMENT OF SELIGMAN.   Disbarment entered.   [For earlier order herein, see 479 U. S. 927.]

No. D–598.   IN RE DISBARMENT OF GORIN.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1026.]

No. D–603.   IN RE DISBARMENT OF WEINSOFF.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1051.]

No. D–620.   IN RE DISBARMENT OF DECELLO.   It is ordered that Anthony V. DeCello, of Pittsburgh, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.